UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT LEONARD CELENTANO,

    Defendant.

Case No. 19-cr-20469
Hon. Matthew F. Leitman

_____/

## ORDER MODIFYING CONDITIONS OF BOND

**IT IS HEREBY ORDERED** that the conditions of Defendant's bond requiring him (1) to be in his home between 8:00 p.m. and 8:00 a.m. and (2) to wear a GPS tether, are DELETED and ELIMINATED.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 19, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764