UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,                                    Case No. 19-cr-20469
                                                      Hon. Matthew F. Leitman

v.

VINCENT LEONARD CELENTANO,

      Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART AMENDED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE (ECF No. 20)

Currently before the Court is a motion by Defendant Vincent Celentano to modify the conditions of his pretrial release. In the motion, Celentano asks the Court to modify the no-contact condition of his release. At the time the motion was filed, that condition barred Celentano from having any contact with, among other people, David Celantano, William Celantano, Philip Caliendo, David Fink, Erica Corkum, Mr. Celentano's ex- wife, and Mr. D'Addio. Celentano asks the Court to eliminate the no-contact provision as to each of these individuals. For the reasons explained on the record, the Court eliminates the no-contact provision **only** as to David Celentano, William Celentano, Philip Caliendo, and David Fink. Celentano may have contact with these individuals, but he shall not communicate with them in any manner concerning the allegations against him in the Indictment in this case and/or

concerning the subject matter of this case. In all other respects, the no-contact provision of Celantano's conditions of release – and all other conditions of release – shall remain in full force and effect.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 6, 2020, by electronic means and/or ordinary mail.

/s/Holly A. Monda
Case Manager
(810) 341-9764