UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 4:19-cr-20469
      Hon. Matthew F. Leitman

VINCENT LEONARD CELENTANO,

      Defendant.
_____/

## AGREED ORDER TO DISMISS INDICTMENT

This matter having come before this Honorable Court by stipulation of the parties and this Court being fully advised:

IT IS HEREBY ORDERED that Defendant VINCENT LEONARD CELENTANO was admitted to a hospital and pronounced deceased on June 18, 2021.

IT IS HEREBY ORDERED that because Defendant VINCENT LEONARD CELENTANO is deceased and cannot appear before the court for further proceedings, the court pursuant to Fed. R. Crim. P. 48, dismisses the Indictment in the above-referenced matter and all pending counts against Defendant VINCENT LEONARD CELENTANO, namely Counts One through Nine, without prejudice to the Government.

      /s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: September 15, 2021

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 15, 2021, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764